UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO:  3:05-BK-13191-TBA

EVAN VALENCIA and
NANCY A VALENCIA
                    Debtors

_____

## ORDER DENYING MOTION TO DISMISS FILED BY TRUSTEE

This case came for hearing on Trustee's Motion, dated April 24, 2008, to dismiss for failure to make payments under a confirmed chapter 13 plan.  Upon the evidence presented, the Court finds that the Debtors are in arrears under the plan in the total amount of $8,015.68. The Debtors explained the cause of the arrearage and indicated the ability to continue the regular payments and have all arrearages cured within the specified time set forth below.  The Trustee had no objection.

Accordingly, it is ORDERED:

The Motion is denied provided:

1.  Debtors continue regular payments with the next payment due after July 15, 2008 and continue to make each payment due thereafter.

2.  Debtors cure all arrearages within ___60___ days of the date of this order.

3.   Failure to comply with the foregoing will result in a dismissal of the the case without further notice or hearing, upon the filing of an affidavit of default by the Trustee.  If the delinquency set forth herein is timely cured, the Trustee's ability to dismiss the case by affidavit will no longer apply.

DONE AND ORDERED in Jacksonville, Florida this __15__ day of July, 2008.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
Debtors
Ronald Cutler Esquire
Douglas W. Neway, Trustee
All Interested Parties