UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

EVAN VALENCIA and
NANCY A VALENCIA

Case No:3:05-bk-13191-PMG

Debtors

## CHAPTER 13 FINAL REPORT AND ACCOUNTING

Case Filed:             October 12, 2005
Plan Confirmed:         July 11, 2006
Case DISMISSED:         September 25, 2008

**TOTAL TRUSTEE RECEIPTS**                                    $34,770.76

**TOTAL DISBURSEMENTS TO:**

| | | |
|---|---|---|
| Priority Creditors | $17,998.43 | |
| Secured Creditors | $11,848.56 | |
| Unsecured Creditors | $4,161.90 | |
| Trustee Fee | $761.87 | |
| Debtor Refund | $0.00 | |
| Total Disbursements | | $34,770.76 |
| Balance on Hand | | $0.00 |

DISBURSEMENTS TO CREDITORS

| Creditor | Class | Allowed | Prin Paid | Balance |
|---|---|---|---|---|
| RONALD CUTLER ESQUIRE | P | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | P | $31,856.91 | $17,998.43 | $13,858.48 |
| FORD MOTOR CREDIT COMPANY | S | $19,099.76 | $10,878.40 | $8,221.36 |
| WELLS FARGO FINANCIAL ACCEPT | S | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | S | $1,760.08 | $970.16 | $789.92 |
| PORTFOLIO RECOVERY ASSOCIATES | U | $2,791.21 | $85.54 | $2,705.67 |
| ECMC | U | $3,885.96 | $126.44 | $3,759.52 |
| INTERNAL REVENUE SERVICE | U | $115,909.93 | $3,949.92 | $111,960.01 |

In Re:                                                                  Case No:3:05-bk-13191-PMG
EVAN VALENCIA and
NANCY A VALENCIA

## CHAPTER 13 FINAL REPORT AND ACCOUNTING

Dated this 8th day of December, 2008.

/s/ Douglas W. Neway
_____

DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida  32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038

Copies to:
Debtors
Ronald Cutler Esquire
U.S. Trustee